IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

MATILDA CABRERA                                                                    PLAINTIFF

VERSUS                                   CIVIL ACTION NO. 1:12-cv-113-HSO-RHW

UNITED AIRLINES                                                                    DEFENDANT

## FINAL JUDGMENT

This cause came on this date to be heard upon the Report and Recommendation of United States Magistrate Judge Robert H. Walker entered on October 25, 2012 [6]. The Court, having adopted said Report and Recommendation as the finding of this Court by Memorandum Opinion and Order entered this date, finds that this matter should be dismissed without prejudice. Accordingly,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, the above captioned cause is **DISMISSED WITHOUT PREJUDICE** pursuant to FED. R. CIV. P. 4(m).

**SO ORDERED AND ADJUDGED**, this the 14th day of December, 2012.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE